**FILED**

05/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0744

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0744

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF:<br><br>VICTOR STARKEL,<br><br>      Deceased. | ORDER GRANTING APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |

Pursuant to Appellants' Unopposed Motion for Extension of Time to File Reply Brief ("Motion"), with good cause appearing therefor and no objection by Appellee,

IT IS HEREBY ORDERED that Appellants' Motion is GRANTED, and Appellants shall have up to and including May 22, 2023 to file their Reply Brief.

No further extensions will be granted.

DATED this _____ day of May, 2023.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 11 2023